UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| BANGOR HYDRO-ELECTRIC COMPANY )<br>)<br>)<br>v.                                                                    )<br>)<br>)<br>GREAT NORTHERN PAPER, INC                     ) | CIVIL NO.  04-192-B-H<br>BANKRUPTCY NO. 03-10048 |

NOTICE OF DOCKETING BANKRUPTCY APPEAL

     A Notice of Appeal in the above-captioned case has been entered on the docket of the United States District Court on November 8, 2004 and has been assigned to Judge Hornby.

     Your attention is called to Bankruptcy Rule 8009, which provides that "the appellant shall serve and file his brief within 15 days after entry of the appeal on the docket; appellee shall serve and file his brief within 15 days after service of the brief of appellant; a reply may be served and filed by appellant within 10 days thereafter".  Appellants brief is due November 23, 2004.

     All pleadings in this matter should be filed electronically and must include both the bankruptcy proceeding number and the civil action number.  You are hereby advised that any motion practice arising from the filing of the notice of appeal shall be governed by Rule 7 of the Local Rules of the District Court.

                                                        WILLIAM S. BROWNELL, CLERK


                                        BY     /s/ Michele Hodgins_____
                                           Michele Hodgins
                                           Deputy Clerk

cc: Bankruptcy Court Clerk
Dated and Sent:  November 8, 2004